Bauiel, J.
 

 The Act of Assembly (Rev. Stat. ch. 104, sec. 2) declárés, that the County Courts shall not discontinue any public road, unless upon the petition in writing of one or mere persons, in the said Court filed. And that the petitioner or petitioners shall make it appear, that the persons, over whose lands the said road may pass, shall have had twenty days notice of the intention of filing the said petition. If the said netice is not given, the petition shall be filed in the Clerk’s office until the succeeding Court, and notice posted at the court-house door; at which Court, the Justices shall hear the allegations set forth in the petition, and shall have full power and authority to ■order the discontinuance or alteration of the road. And if any person shall be dissatisfied with the judgment, such person may appeal to the Superior Court, on entering into an appeal bond with two or more sureties; which bond shall be made payable to the person or persons, who shall have filed the said petition, or to such person or persons, who shall have opposed the same.
 

 
 *164
 
 We here see, that, if the County Court could discontinue a public road, without a petition as aforesaid, no person could appeal from such judgment, because there would be no person to whom, lawfully, an appeal bond could be given ; or, if he could be permitted to appeal, and he should succeed in the Superior Court, there would be no person against whom he could recover his costs. The County Court had discontinued the road in controversy, without any person ever having filed a petition for that purpose ; and thereafter, the defendant ran his fence across it. He is not much to blame; but he cannot be permitted to say, that he was ignorant of the law.
 

 The order made by the County Court, discontinuing the road, without any petition having been died for that purpose, was Aroid in law, as being beyond their jurisdiction, which, in this case, is special and limited by the Act of Assembly. The judgment must be reversed, and this opinion certified to the Superior Court, that it may proceed to judgment against the defendant on the special verdict.
 

 Per Curiam. Ordered accordingly.